BRETT A. AXELROD
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for Marie Zeller*

Electronically Filed August 15, 2016

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SUBMARINA, INC.<br><br>Debtor.<br><br>———————————————<br><br>KERENSA INVESTMENT FUND, LLC,<br><br>Jnt Admin Debtor. | Case No. BK-S-12-22097-MKN<br>(Lead Case)<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 11-24352-MKN<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Marie Zeller, by and through her undersigned counsel, hereby enters her appearance on the record in the above-captioned bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b) and 2002, and hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with this proceeding. All notices and copies in response to the foregoing, and pursuant to Bankruptcy Rule 2002, should be directed to:

BRETT A. AXELROD
baxelrod@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

ACTIVE 41743395v1 08/15/2016                                        1

DATED this 15th day of August, 2016.

                                      **FOX ROTHSCHILD LLP**

By   *s/Brett A. Axelrod*
      BRETT A. AXELROD
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
      *Counsel for Marie Zeller*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 41743395v1 08/15/2016

2